**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CARLA C. HIGGINBOTHAM, et al.,

    Plaintiffs,

vs.                                               Case No. 3:96-cv-447-J-32HTS

FORD MOTOR CREDIT CO.

    Defendant.

**ORDER[1]**

Before the Court is Plaintiff's Motion For Entry Of Final Judgment As To Everean Mitchell and Incorporated Memorandum of Law, (Doc.197), seeking a Rule 54(b) partial final judgment, and Defendant's Response and submissions and Plaintiff's Reply thereto. (Docs. 203, 209.) While the Court does not necessarily agree with defendant Ford Motor Credit Company's position that by agreeing to Defendant's motion for leave to voluntarily dismiss its counterclaim without prejudice, Plaintiff Mitchell deprived herself of her ability to appeal, (see Doc. 203-1 at 9-12), the Court does believe that it has disposed of all issues in this case with final orders. The

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it is intended to decide the motion addressed herein and is not intended for official publication or to serve as precedent.

Plaintiffs, for reasons of their own, determined to voluntarily dismiss their previously filed appeal before the Eleventh Circuit Court of Appeals could determine whether it had appellate jurisdiction. (Doc. 203-3.) This Court cannot now, in effect, attempt to resolve the question of appellate jurisdiction by an inappropriate use of Rule 54(b), Federal Rules of Civil Procedure. Upon due consideration, it is hereby

**ORDERED**

Plaintiff's Motion For Entry Of Final Judgment As To Everean Mitchell (Doc.197) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of March, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

j.
Copies to:
Counsel of Record