**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CARLA C. HIGGINBOTHAM, et al.,

    Plaintiffs,

vs.                                                     Case No. 3:96-cv-447-J-32HTS

FORD MOTOR CREDIT CO.

    Defendant.

## RULE 54(b) JUDGMENT

The Court granted summary judgment in favor of Defendant Ford Motor Credit Company ("Ford") and against Plaintiff Everean Mitchell ("Mitchell") on all claims brought by Mitchell against Ford.  (Doc. 156.)  This order represents a final disposition of Mitchell's claims.  Thus, there being no pending claims by or against Mitchell or Ford, and no just reason for delaying the entry of a judgment, final judgment is hereby entered in favor of Defendant Ford Motor Credit Company and against Plaintiff Everean Mitchell pursuant to Rule 54(b), Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

1

j.
Copies to:
Counsel of Record